**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Jorge Guadalupe Barraza-Alvarado**<br>YOB: 1981; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.** **26-04109MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about October 11, 2026, at or near San Miguel, in the District of Arizona, **Jorge Guadalupe Barraza-Alvarado**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Houston, Texas on June 29, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about October 11, 2026, at or near Sasabe, in District of Arizona, **Jorge Guadalupe Barraza-Alvarado**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jorge Guadalupe Barraza-Alvarado** is a citizen of Mexico. On June 29, 2026, **Jorge Guadalupe Barraza-Alvarado** was lawfully denied admission, excluded, deported and removed from the United States through Houston, Texas. On October 11, 2026, agents found **Jorge Guadalupe Barraza-Alvarado** in the United States at or near San Miguel, Arizona without the proper immigration documents. **Jorge Guadalupe Barraza-Alvarado** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Jorge Guadalupe Barraza-Alvarado** admitted to illegally entering the United States of America from Mexico on or about October 11, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Eric R. Wood<br>Border Patrol Agent |
|---|---|

**Sworn by telephone** x

| **SIGNATURE OF MAGISTRATE JUDGE**[1] | **DATE**<br>October 13, 2026 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins